HUGO JUNGEL v. H. D. DICKSON, *as Secretary,* AND JAMES HALLER, *as Treasurer, of the Board of Regents of the State Normal School at Emporia, Kansas.*

*Original Proceedings in Mandamus.*

ACTION brought in this court, October 17, 1883, by *Hugo Jungel* against *H. D. Dickson,* as secretary, and *James Haller,* as treasurer, of the board of regents of the State Normal School at Emporia, to compel defendants to certify to the governor that the whole of the purchase-money and interest for the southwest quarter of section 18, township 13, south, of range 1, west, situate in Saline county, has been paid, etc.

The opinion herein was filed at the April, 1884, session of the court.

*Garver & Bond,* for plaintiff.

*W. A. Johnston,* attorney general, *Charles B. Smith,* and *Edwin A. Austin,* for defendants.

*Per Curiam:* No brief has been filed in this case, or presented to any member of this court. Upon the facts of the case, we think judgment should be rendered in favor of the plaintiff and against the defendants. Judgment will be rendered accordingly, and a peremptory writ of mandamus will be allowed, as prayed for by the plaintiff.